UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23476-CIV-SEITZ/WHITE

CRYSTAL TUNNING,

       Movant,

v.

UNITED STATES OF AMERICA,

       Defendant,
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge on Notice for Voluntary Dismissal [DE-17]. In that Report, Magistrate Judge White recommends that Movant's Notice of Voluntary Dismissal be granted and that her Motion to Vacate, pursuant to 28 U.S.C. § 2255, be dismissed. Movant has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Movant seeks dismissal, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-17] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence [DE-1] is DISMISSED.

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 16 day of October, 2013.

                                                          PATRICIA A. SEITZ
                                                          UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
       All Counsel of Record